IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MAURICE HARRIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

   Petitioner,

v.            CASE NO. 1D14-5820

STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed January 12, 2015.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Maurice Harris, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  The petition alleging ineffective assistance of appellate counsel is denied on the merits.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.